# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 28, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

156803(39)

SPECIAL TREE REHABILITATION SYSTEM,
      Plaintiff-Appellant,

v

                                  SC:  156803
                                  COA:  333502

FRANKENMUTH MUTUAL INSURANCE
COMPANY,
      Defendant-Appellee.

Oakland CC:  2015-148223-NF

_____/

      On order of the Chief Justice, the motion of defendant-appellee to extend the time for filing its answer to the application for leave to appeal is GRANTED.  The answer will be accepted for filing if submitted on or before January 16, 2018.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 28, 2017



Clerk